

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2017

No. 04-16-00252-CV

Jean Eckford **HARDAWAY**, Et al.,
Appellants

v.

Lou Eda Korth Stubbs **NIXON**, Et al.,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-09-0188-CVK
Honorable Russell Wilson, Judge Presiding

## O R D E R

Appellants' brief was originally due on November 21, 2016. Ms. Stella Grace Marks represents appellants on appeal. This court has granted Ms. Marks two extensions of time in which to file the brief, the latest until January 3, 2017. The brief was not filed. Therefore, on January 18, 2017, this court issued an order ordering Ms. Marks to file, on or before January 30, 2017, appellants' brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee is not significantly injured by appellants' failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1). On January 20, 2016, Ms. Marks filed a motion requesting a third extension of time, until January 23, 2017. In her motion, Ms. Marks states "[t]his is the Eckford Family's final request to extend the deadline."

The motion is GRANTED; however, because our previous order extended the deadline to January 30, 2017, Ms. Marks is hereby ORDERED to file appellants' brief <u>no later than January 30, 2017</u>.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court